# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WB5 | F5293903 | J. Gerhart | 6881 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/14/2025 0730
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 261.58(d)

Place of Offense: FSR 577

Offense Description: Factual Basis for Charge — HAZMAT ☐
Camping for a period longer than allowed by the order

### DEFENDANT INFORMATION
Last Name: Terhaar
First Name: Herman
M.I.: W

Tag No: 3-27134  State: WY  Year: 98  Make/Model: WINN  Color: WHI

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 320 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 350.00 Total Collateral Due

### YOUR COURT DATE
Court Address: 224 South Main St. Sheridan, WY 82801
Date: 09/22/2025
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy



*F5293903*
FS-5300-4 (1/2020)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 13, 20 25 while exercising my duties as a law enforcement officer in the Bighorn District of Wyoming

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/14/2025     Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident